**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

TAMMY BERARD,

    Plaintiff,

v.                                              Case No: 8:12-cv-2599-T-30AEP

TARGET CORPORATION,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon Defendant Target Corporation's Bill of Costs (Dkt. #37). Defendant seeks costs in the amount of $1,109.80. Under Federal Rule of Civil Procedure 54(d)(1), costs "should be allowed to the prevailing party" unless "a federal statute, [the rules of Federal Civil Procedure], or a court order provides otherwise." Target Corporation prevailed in this case and is entitled to recover the costs enumerated under 28 U.S.C. § 1920. The Plaintiff, Tammy Berard, did not file an opposition to Defendant's Bill of Costs. The Court concludes that Defendant is entitled to recover all costs contained in its Proposed Bill of Costs.

It is therefore ORDERED AND ADJUDGED that:

1.    Defendant Target Corporation's Bill of Costs (Dkt. #37) is **GRANTED**.

2. The Clerk is directed to enter a **BILL OF COSTS** against Plaintiff Tammy Berard and in favor of Defendant Target Corporation in the amount of **$1,109.80** for taxable costs.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of November, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2012\12-cv-2599 bill of costs.docx